IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 4:18-CR-40028-001
)
AARON LLOYD MITCHELL )

## FINAL ORDER OF FORFEITURE

On June 20, 2019, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 31). In the Preliminary Order of Forfeiture, a iPhone 7 Plus wireless telephone, model number MNQR2LL/A, serial number FCCVL0AZHG04 was forfeited to the United States pursuant to Title 18 U.S.C. § 2253, incorporation by reference Title 21 U.S.C. § 853.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On August 5, 2019, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was September 2, 2019. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

1

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on June 20, 2019, shall become final at this time.

IT IS SO ORDERED this 13th day of February, 2023.

_____
HONORABLE SUSAN O. HICKEY
CHIEF UNITED STATES DISTRICT JUDGE